UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 06-120-M-02 (JMF) |
| | ) | |
| TAMMY ODOM | ) | |

## PRAECIPE

THE CLERK OF THE COURT will please note the appearance of Elise Haldane as court-appointed counsel for defendant Tammy Odom.

                          Respectfully submitted

                          _____/s/_____
                          Elise Haldane #242826
                          303 E Street NE
                          Washington, DC 20002
                          202/659-8700
                          fax: 202/544-0165
                          email: EHaldane@msn.com