UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 06-0120M-01 (CR) |
| | : | MAGISTRATE NO. 06-0120M-02 (CR) |
| **RAYMOND FRANCIS COOKE,** | : | GRAND JURY ORIGINAL |
| **CATHY ODOM,** | : | |
| **NIEL EUGINE THOMAS,** | : | VIOLATIONS:  21 U.S.C. §846 |
| **MARION CHRISTOPHER DAVID,** | : | (Conspiracy to Distribute and Possess With |
| **Defendants.** | : | Intent to Distribute 50 Grams or More of |
| | : | Cocaine Base, Cocaine, and Cannabis); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Distribution of 5 Grams or More |
| | : | of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of 50 Grams or More |
| | : | of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

## **I N D I C T M E N T**

The Grand Jury charges that:

## <u>**COUNT ONE**</u>

From on or about May 7, 2004, until on or about March 14, 2006, within the District of

Columbia and elsewhere, **RAYMOND FRANCIS COOKE, CATHY ODOM, NIEL EUGINE**

**THOMAS, and MARION CHRISTOPHER DAVID**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii); a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

      (**Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base, Cocaine, and Cannabis**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about May 7, 2004, within the District of Columbia, **RAYMOND FRANCIS COOKE, CATHY ODOM, and another individual known to the Grand Jury**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

      (**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about May 24, 2005, within the District of Columbia, **RAYMOND FRANCIS COOKE, CATHY ODOM, and another individual known to the Grand Jury**, did unlawfully,

knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT FOUR

On or about June 3, 2005, within the District of Columbia, **RAYMOND FRANCIS COOKE, CATHY ODOM, and another individual known to the Grand Jury**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5grams or more.

(**Unlawful Distribution of 5Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT FIVE

On or about June 3, 2005, within the District of Columbia, **RAYMOND FRANCIS COOKE, CATHY ODOM, and another individual known to the Grand Jury**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession With Intent to Distribute Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT SIX

On or about October 19, 2005, within the District of Columbia, **RAYMOND FRANCIS COOKE and CATHY ODOM**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT SEVEN

On or about January 18, 2006, within the District of Columbia, **CATHY ODOM, NIEL EUGINE THOMAS, AND MARION CHRISTOPHER DAVID** , did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT EIGHT

On or about January 26, 2006, within the District of Columbia, **CATHY ODOM and an individual unknown to the Grand Jury**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a

Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT NINE

On or about January 26, 2006, within the District of Columbia, **CATHY ODOM and an individual unknown to the Grand Jury**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT TEN

On or about February 1, 2006, within the District of Columbia, **RAYMOND FRANCIS COOKE and CATHY ODOM**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT ELEVEN

On or about February 7, 2006, within the District of Columbia, **NIEL EUGINE THOMAS and MARION CHRISTOPHER DAVID**, did unlawfully, knowingly and intentionally possession with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

> (**Unlawful Possession With Intent to Distribute 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT TWELVE

On or about February 7, 2006, within the District of Columbia, **NEIL EUGENE THOMAS and MARION CHRISTOPHER DAVID**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

> (**Unlawful Possession With Intent to Distribute Cannabis and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2)

## COUNT THIRTEEN

On or about February 15, 2006, within the District of Columbia, **RAYMOND FRANCIS COOKE and CATHY ODOM**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> (**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT FOURTEEN

On or about March 2, 2006, within the District of Columbia, **RAYMOND FRANCIS COOKE and CATHY ODOM**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT FIFTEEN

On or about March 14, 2006, within the District of Columbia, **RAYMOND FRANCIS COOKE and CATHY ODOM**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT SIXTEEN

On or about March 14, 2006, within the District of Columbia, **RAYMOND FRANCIS COOKE and CATHY ODOM**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known

as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession With Intent to Distribute 5 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2)

## COUNT SEVENTEEN

On or about March 14, 2006, within the District of Columbia, **RAYMOND FRANCIS COOKE and CATHY ODOM**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession With Intent to Distribute Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.